PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS T. LIU  #115038
STACIE D. YEE  #223544
BENJAMIN E. STRAUSS #301660
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: 213.488.7100
Facsimile: 213.629.1033

Attorneys for Defendant
CHINA AIRLINES, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY CHANG, an individual, JAMES LEE, an individual, SALVADOR DEANDA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHINA AIRLINES, LTD., a Chinese corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  2:17-cv-007930<br><br>[Los Angeles County Superior Court Case No. BC 664320]<br><br>**DECLARATION OF STACIE D. YEE IN SUPPORT OF DEFENDANT CHINA AIRLINES, LTD.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTION 1332, 1441** |

-1-
DECLARATION OF STACIE D. YEE ISO NOTICE OF REMOVAL

# DECLARATION OF STACIE D. YEE

I, Stacie D. Yee, hereby declare as follows:

1. I am an attorney duly licensed to practice before the courts of this State and this Court. I am a Partner with the firm of Pillsbury Winthrop Shaw Pittman LLP, counsel of record for Defendant China Airlines, Ltd. ("Defendant" or "China Airlines"). This declaration is offered in support of China Airlines' Notice of Removal of Action Pursuant to 28 U.S.C. Section 1332, 1441. The facts contained in this declaration are true of my own knowledge, and if called as a witness and sworn, I could and would competently testify to their truth under oath.

2. On or about September 28, 2017, Plaintiffs Sandy Chang, James Lee, and Salvador Deanda (collectively, "Plaintiffs") served Defendant with their respective responses to Defendant's First Set of Requests for Admissions.

3. Upon review of these responses, we learned for the first time facts suggesting that this case may be removed to federal court on the basis of the diversity of citizenship of the parties.

4. Attached hereto, as **Exhibit A**, is a true and correct copy of excerpts from Plaintiff Sandy Chang's responses to Defendant China Airlines' First Set of Requests for Admissions.

5. Attached hereto, as **Exhibit B**, is a true and correct copy of excerpts from Plaintiff James Lee's responses to Defendant China Airlines' First Set of Requests for Admissions.

6. Attached hereto, as **Exhibit C**, is a true and correct copy of excerpts from Plaintiff Salvador DeAnda's responses to Defendant China Airlines' First Set of Requests for Admissions.

7. China Airlines ("China Airlines") is a corporation, organized under the laws of Taiwan (i.e. Republic of China (Taiwan)), with its headquarters and principal place of business is Dayuan, Taoyuan City, Taiwan. Attached as **Exhibit D** is a true and correct copy of a printout from the California Secretary of State website, Business

Search-Entity Detail, and accessed by me on October 17, 2017. Attached as **Exhibit E** is a true and correct copy of China Airlines' Statement of Information, filed with the Secretary of State on May 23, 2017, and also available to the public on the California Secretary of State website. Both Exhibits D and E demonstrate that China Airlines is a business entity organized under the laws of a foreign country, and with its principal place of business Dayuan, Taoyuan City, Taiwan.

8. Attached as **Exhibit F** is a true and correct copy of Plaintiffs' Statement of Damages, filed by the Plaintiffs in state court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2017 at Los Angeles, California.

By: _____
Stacie D. Yee