# EXHIBIT B

1 | Michael A. DesJardins (SBN 145970)
DESJARDINS & PANITZ, LLP
2 | 210 W. Birch Street, Suite 202
Brea, California 92821
3 | T: (714) 265-2100
F: (714) 494-8215
4 | md@desjardinslaw.com

5 | Attorneys for Plaintiffs
SANDY CHANG
6 | JAMES LEE
SALVADOR DEANDA
7

8 | **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

9 | **FOR THE COUNTY OF LOS ANGELES**

10

11 | SANDY CHANG, an individual, JAMES ) Case No.: BC664320
LEE, an individual, SALVADOR DEANDA, )
12 | an individual, )
)
13 | )
) **PLAINTIFF JAMES LEE'S RESPONSE**
14 | Plaintiffs, ) **TO REQUEST FOR ADMISSIONS, SET**
) **ONE**
15 | )
vs. )
16 | )
CHINA AIRLINES LTD., a Chinese )
corporation, and DOES 1 through 100, )
17 | inclusive, )
)
18 | )
Defendants. )
19 | _____ )

20

21 | **PROPOUNDING PARTY: DEFENDANT, CHINA AIRLINES, LTD.**

22 | **RESPONDING PARTY:  PLAINTIFF, JAMES LEE**

23 | **SET NUMBER:  ONE (1)**

24

25 | **COMES NOW** Plaintiff, **JAMES LEE**, and responds to DEFENDANT'S REQUEST

26 | FOR PRODUCTION OF DOCUMENTS, Set No. One, propounded by Defendant, **CHINA**

27 | **AIRLINES, LTD.**, as follows:

28 | ///

## PRELIMINARY STATEMENT

Although Responding Party has commenced, and is continuing, a good faith investigation in order to identify and produce documents responsive to these Demands for Production, he has not completed his investigation and review of documents responsive to the Demands. By responding to these demands, Responding Party does not intend to preclude himself from providing supplemental responses, or from using at trial or other proceedings any documents or information obtained subsequent to the date of these responses. By these responses, Responding Party makes no admission concerning the relevance or admissibility of any of the documents sought, and reserves his right to make all pertinent evidentiary objections at trial or at any other stage of the proceedings. In addition, since the process of reviewing documents has been extensive and many of the documents were prepared by, for or in consultation with counsel, it is possible that some privileged documents may inadvertently be produced. Responding Party does not, by the production of any particular document, intend to waive any privileges that may attach thereto.

Responding Party does not undertake to produce additional identical copies of documents already produced in this or any related litigation, which are already in the possession or subject to the control of Defendant.

The specific responses to the demands herein are based on information presently available to Responding Party as a result of reasonable investigation and through discovery to-date and are subject to supplementation following further investigation and discovery. Responding Party expressly reserves the right to produce supplemental relevant documents, and to amend, correct, supplement, or clarify any specific response made herein at any time.

## RESPONSE TO PRODUCTION

### REQUEST FOR ADMISSION NO. 1:

Admit that YOU were a citizen of the United States of America on the date that the COMPLAINT was filed.

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

2      Admit.

3  **REQUEST FOR ADMISSION NO. 2:**

4      Admit that YOU were a citizen of the People's Republic of China on the date that the

5  COMPLAINT was filed.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

7      Deny.

8  **REQUEST FOR ADMISSION NO. 3:**

9      Admit that YOU were a citizen of the Republic of China (Taiwan) on the date that the

10  COMPLAINT was filed.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

12      Admit.

13  **REQUEST FOR ADMISSION NO. 4:**

14      Admit that YOU were a citizen of a country other than the United States of America on

15  the date that the COMPLAINT was filed.

16  **RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

17      Admit.

18

19  DATED: September 27, 2017                    DESJARDINS & PANITZ, LLP

20

21

22                                    By: _____
                                          Michael Desjardins
23                                        Attorneys for Plaintiffs
                                          SANDY CHANG
24                                        JAMES LEE
                                          SALVADOR DEANDA
25

26

27

28

                                          3

Exhibit B - Page 13

## VERIFICATION

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the <u>PLAINTIFF JAMES LEE'S RESPONSES TO REQUEST FOR ADMISSIONS, SET ONE</u>, and know its contents.

### X  CHECK APPLICABLE PARAGRAPH[S]

[X]   I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ]   I am [ ] an officer, [ ] a partner _____, [ ] a _____ of _____, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

[ ]   I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

[ ]   The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ]   I am one of the attorneys for _____, a party to this action.  Such party is absent from the county where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on __9/27__, 2017, at <u>Brea</u>, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JAMES LEE

**PROOF OF SERVICE**
1013a (3) CCP

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is, 210 W. Birch Street, Suite 202, Brea, California, 92821.

On **September** 2̲8̲**, 2017**, I served the foregoing document described as **PLAINTIFF JAMES LEE'S RESPONSE TO REQUEST FOR ADMISSIONS, SET ONE** on the interested parties in this action addressed as follows:

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> Stacie D. Yee
> Thomas T. Liu
> 725 S. Figueroa St., Suite 2800
> Los Angeles, CA 90017

☒ **Via U.S. mail:** I deposited such envelope(s) in the mail at Brea, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited within the U.S. postal service on that same day with postage thereon fully prepaid at Brea, CA in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **Via U.S. certified mail:** I deposited such envelope(s) in the mail at Brea, California, with postage thereon fully prepaid, certified, with return receipt requested. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited within the U.S. postal service on that same day with postage thereon fully prepaid at Brea, CA in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **Via overnight delivery:** I caused such envelope or package to be served on the same day through an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight carrier.

☐ **Via facsimile:** I served said document to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 562-590-8400. The name and facsimile machine number of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **Via personal service:** I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s) above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September** 2̲8̲**, 2017**, at Brea, California.

_____
Joy Sun

PROOF OF SERVICE